**Fill in this information to identify the case:**

Debtor name: Prosperity Medical and Health System, LLC

United States Bankruptcy Court for the: _____   District of Maryland
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Bank Trust Company, NA Trustee for Velocity Commercial Capital Loan Trust 2023-03<br>190 South LaSalle Street, 7th Floor<br>Chicago, IL 60603 | Diana C. Theologou, Subsititute Trustee<br>McMichael Taylor Gray, LLC<br>7470 Technology Way, Suite P<br>Frederick, MD 21703<br>Tel: (470)-480-1820<br>Email: dtheologou@mtglaw.com | Bank Loan | Contingent Disputed | | | Unknown |
| 2 | McKesson Corporation<br>6651 Gate Parkway<br>Jacksonville, FL 32256 | McKesson Corporation<br>Attn: Stephanie Hampton<br>6651 Gate Parkway<br>Jacksonville, FL 32256<br>Tel: (904) 431-4904<br>Email: Stephanie.Hampton@mckesson.com | Trade Debt | Contingent Disputed | | | Unknown |
| 3 | ASSN Company<br>P.O. Box 2576<br>Springfield, IL 62708 | Secured Lender Solutions, LLC<br>c/o IL Corporation Service Company (RA)<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261<br>Email: uccsprep@cscinfo.com | Trade Debt | Contingent Disputed | | | Unknown |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor  Prosperity Medical and Health System, LLC
       Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |